THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES A. WILMOT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, *Commissioner of Social Security*,<br><br>Defendant. | CASE NO. C12-1625-JCC<br><br>ORDER OF REMAND |

The instant matter comes before the Court on the Report and Recommendation (Dkt. No. 19) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the parties' stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. No. 18.) Having thoroughly considered the Report and Recommendation and the parties' stipulated motion, and being generally advised, the Court hereby ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 19);

(2) The Court REVERSES and REMANDS this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g); and

(3) The Clerk is respectfully directed to send copies of this Order to all counsel and to Judge Theiler.

//

1   DATED this 29th day of January 2013.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE - 2